UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-62197-CIV-ZLOCH

ALLEN LICHT,

    Plaintiff,

vs.                           **FINAL ORDER OF DISMISSAL**

AJENE WATSON, et al.,

    Defendant.

_____/

    THIS MATTER is before the Court upon the Report and Recommendations (DE Nos. 122, 124 & 125) filed herein by United States Magistrate Judge Alicia M. Otazo-Reyes, Defendant Tomer Tal's And Defendant The Tripod Group, LLC's Joint Motion To Dismiss Plaintiff's Amended Complaint (DE 33), Defendants Curt Kramer and Asher Enterprises, Inc.'s Joint Motion To Dismiss (DE 34), Defendants Yisroel A. Bornstein and SCB & Associates, LLC's Motion To Dismiss (DE 38), Defendant Aryeh Goldstein's Motion To Dismiss (DE 46), Defendants Ajene Watson, Ajene Watson, LLC, James Gibbs, and Monica Chui-Tiru's Joint Motion To Dismiss (DE 64), Defendant Eric Noveshen's Motion To Dismiss (DE 81), Defendant Jeffrey Saller's Amended Motion To Dismiss (DE 93), Defendant Samuel Eisenberg's Corrected Motion To Dismiss (DE 99), and Defendant David Price's Motion To Dismiss (DE 104).  The Court has conducted a de novo review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The objections contained in Defendants Yisroel A. Bornstein And SCB & Associates, LLC's Objections To The Magistrate Judge's

Report And Recommendation (DE 126) and Plaintiff Allen Licht's Objections To Magistrate Judge's Report And Recommendation(DE 127) be and the same are hereby **OVERRULED**;

    2. The Report and Recommendations (DE Nos. 122, 124 & 125) filed herein by United States Magistrate Judge Alicia M. Otazo-Reyes. be and the same is hereby approved, adopted and ratified by the Court;

    3. The Rule 12(b)(2) and Rule 12(b)(3) portions of Defendant Tomer Tal's And Defendant The Tripod Group, LLC's Joint Motion To Dismiss Plaintiff's Amended Complaint (DE 33) be and the same are hereby **DENIED**;

    4. The Rule 12(b)(2) portion of Defendants Yisroel A. Bornstein and SCB & Associates, LLC's Motion To Dismiss (DE 38) be and the same is hereby **DENIED**;

    5. Defendants' Motions To Dismiss (DE Nos. 33, 34, 38, 46, 64, 81, 93, 99, & 104) be and the same are hereby **GRANTED** with prejudice as to the federal claims asserted in Counts II through V of the First Amended Complaint (DE 26) for lack of subject matter jurisdiction and **GRANTED** without prejudice as to the state law claims asserted in Counts I and VI through XII for lack of supplemental jurisdiction;

    6. The Counterclaim asserted by Defendant Noveshen (DE 114) be and the same is hereby **DISMISSED** without prejudice;

    7. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

8. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___19th___ day of August, 2013.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Alicia M. Otazo Reyes,
United States Magistrate Judge

All Counsel Of Record

Allen Licht, PRO SE
1594 Shoreline Way
Hollywood, FL 33019